# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge S. Kato Crews

DATE: April 14, 2022

RE:    Case #: 18-cv-00839-STV
         Case Title: Ullery v. Raemisch et al


A settlement conference was held on this date, and a settlement was reached as to all claims and parties. The parties shall file dismissal papers on or before **August 1, 2022**.

Settlement conference and preparation time involved: 8 hours 40 minutes.