IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00839-STV

SUSAN ULLERY,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

## STIPULATED MOTION FOR DISMISSAL

---

    The parties, through their respective undersigned counsel of record, pursuant to Fed.R.Civ.P. 41, hereby move to dismiss with prejudice all claims and in support thereof state:

    Any and all claims asserted against Defendant, as set forth in Plaintiff's Complaint and Jury Demand, and all other claims shall be dismissed, with prejudice, each party to pay his or its own attorney's fees and costs.

    This case should be deemed closed and all deadlines and appearances vacated.

    WHEREFORE, the parties respectfully request that the Court enter an Order confirming the dismissal of all claims with prejudice, each party to pay its own costs and attorney fees and closure of the case.

    Respectfully submitted this 18th day of August 2022.

| | |
|---|---|
| *s/ Ann Stanton* | *s/ David A. Lane* |
| Joshua Urquhart | David Lane |
| Rebekah Ryan | Liana Orshan |

<div style="columns:2">

Ann Stanton
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone:  (720) 508-6000
Fax:  (720) 508-6632
Joshua.urquhart@coag.gov
Rebekah.ryan@coag.gov
Ann.stanton@coag.gov
*Counsel for Defendant*

Killmer Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO  80202
Phone:  (303) 571-1000
Fax: (303) 571-1001
dlane@kln-law.com
lorshan@kln-law.com
*Counsel for Plaintiff*

</div>

## CERTIFICATE OF SERVICE

      I certify that on this 18th day of August 2022, I filed this **STIPULATED MOTION FOR DISMISSAL** via CM/ECF, and CM/ECF will generate a Notice of Electronic Filing to the following:

Joshua Urquhart
Rebekah Ryan
Ann Stanton
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Joshua.urquhart@coag.gov
Rebekah.ryan@coag.gov
Ann.stanton@coag.gov

                                           *s/ Charlotte Bocquin Scull*
                                           Paralegal